FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMAR SATTAR AL SAMMARRAIE and FATEN JAFFAR AL MASHHADANI,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHAD WOLF, Department of Homeland Security Acting Secretary; KENNETH T. CUCCINELLI, United States Citizenship and Immigration Services Senior Official; JOHN WEST, Acting United States Citizenship and Immigration Services Yakima, WA Field Office Director; and United States Citizenship and Immigration Services,<br><br>　　　　　　Defendants. | No.　4:20-cv-05133-SMJ<br><br>**ORDER DISMISSING AND REMANDING CASE** |

On September 18, 2020, the parties filed a Stipulated Motion to Remand for Agency Action, ECF No. 7. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

　　**1.**　　The parties' Stipulated Motion to Remand for Agency Action, **ECF No. 7**, is **GRANTED**.

ORDER DISMISSING AND REMANDING CASE – 1

2.  All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3.  This matter is **REMANDED** to United States Citizenship and Immigration Services (USCIS).

    A.  USCIS shall administer the Naturalization Oath of Allegiance to Plaintiffs **within thirty days** of the date of this Order.

4.  Any pending motions are **DENIED AS MOOT**.

5.  All hearings and other deadlines are **STRICKEN**.

6.  The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of September 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge20cv51

ORDER DISMISSING AND REMANDING CASE – 2